IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY GILMORE, et al.,

        Plaintiffs,                No. CIV S-09-02180 JAM DAD

    v.

UNION PACIFIC RAILROAD COMPANY, et al.,

<u>ORDER</u>

        Defendants.

        This matter came before the court on September 17, 2010, for hearing on the parties' cross-motions for costs, fees and sanctions related to the deposition of Andrew Ribbing. Larry Lockshin, Esq. appeared for plaintiffs. Brian W. Plummer, Esq. appeared for defendant Union Pacific Railroad Company. The parties' Joint Statement Regarding Discovery Dispute was considered, along with their arguments at the hearing. Both motions (Docs. No. 53, 64) were denied for the reasons stated on the record.

        IT IS SO ORDERED.

DATED: September 19, 2010.

*[signature: Dale A. Drozd]*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\gilmore2180.oah.091710