ADRIAN L. RANDOLPH, ESQ. (SBN: 133577)
BRIAN W. PLUMMER, ESQ., [SBN: 240210]
UNION PACIFIC RAILROAD COMPANY
10031 Foothills Blvd., Suite 200
Roseville, CA 95747-7101
General:    916.789.6400
Direct:     916.789.6237
Facsimile:  916.789.6227

STEPHANIE L. QUINN, ESQ. [SBN: 216655]
RANDOLPH CREGGER & CHALFANT, LLP
1030 G Street
Sacramento, CA  95814
General:    916.443.4443
Facsimile:  916.443.2124

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY GILMORE AND DANA GILMORE,<br><br>Plaintiffs<br><br>v.<br><br><br>UNION PACIFIC RAILROAD COMPANY, DENNIS MAGURES, JOHN PARKER, CAROLYN M. WILL, ANDREW RIBBING and LEO MARIN and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  2:09-02180-JAM-DAD<br><br>STIPULATION OF THE PARTIES TO EXTEND DEADLINE FOR EXPERT DISCLOSURES AND DISCOVERY CUT-OFF AND |

**STIPULATION TO EXTEND EXPERT DISCLOSURES AND DISCOVERY**

The parties, by and through their attorneys of record, hereby stipulate to extend the time for expert disclosures and the deadline to complete discovery in this matter. Disclosure of experts is currently due on or before October 8, 2010.  The parties request an extension of this deadline to October 29, 2010.  Discovery cut-off is currently scheduled for December 10, 2010.  The parties

*//*

-1-
STIPULATION TO EXTEND EXPERT DISCLOSURES AND DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com

1 | request an extension of this deadline to January 14, 2011.

2 |

3 | Dated: October 8, 2010          RANDOLPH CREGGER & CHALFANT LLP

5 |                                 By   /s/   Stephanie L. Quinn
                                     STEPHANIE L. QUINN
6 |                                  Attorneys for Defendant UNION PACIFIC
                                     RAILROAD COMPANY

8 | Dated: October 8, 2010          LARRY LOCKSHIN, ESQ.
                                    A Law Corporation

10 |                                By   /s/ Larry Lockshin
                                     LARRY LOCKSHIN, ESQ.
11 |                                 Attorneys for Plaintiffs JEREMY and DANA
                                     GILMORE

14 | IT IS SO ORDERED:

16 | Dated:  October 8, 2010         /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     U.S. DISTRICT COURT JUDGE

-2-

STIPULATION TO EXTEND EXPERT DISCLOSURES AND DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com