STEPHANIE L. QUINN, ESQ. [SBN: 216655]
NAISHA COVARRUBIAS, ESQ. [SBN:239499]
RANDOLPH CREGGER & CHALFANT, LLP
1030 G Street
Sacramento, CA  95814
General:     916.443.4443
Facsimile:   916.443.2124

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILMORE AND DANA GILMORE,<br><br>       Plaintiffs<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY, DENNIS MAGURES, JOHN PARKER, CAROLYN M. WILL, ANDREW RIBBING and LEO MARIN and DOES 1 to 10, inclusive,<br><br>       Defendants. | Case No.  2:09-02180-JAM-DAD<br><br>STIPULATION OF THE PARTIES TO EXTEND DEADLINE FOR EXPERT DISCLOSURES |

### STIPULATION TO EXTEND EXPERT DISCLOSURES

The parties, by and through their attorneys of record, hereby stipulate to further extend the time for expert disclosures from the previously agreed date of October 29, 2010 to November  5, 2010.

Dated: October 25, 2010             RANDOLPH CREGGER & CHALFANT LLP


                                    By   /s/    Stephanie L. Quinn
                                         STEPHANIE L. QUINN
                                         Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

-1-
STIPULATION TO EXTEND EXPERT DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: October 25, 2010				LARRY LOCKSHIN, ESQ.
2								A Law Corporation
3
4						By  __/s/    Larry Lockshin
							LARRY LOCKSHIN, ESQ.
5							Attorneys for Plaintiffs JEREMY and DANA
							GILMORE
6
7
   **IT IS SO ORDERED:**
8
9  Dated:  October 26, 2010			/s/ John A. Mendez_____
							HON. JOHN A. MENDEZ
10							U.S. DISTRICT COURT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

STIPULATION TO EXTEND EXPERT DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com