IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY GILMORE, et al.,

        Plaintiffs,                  No. CIV S-09-02180 JAM DAD

        v.

UNION PACIFIC RAILROAD COMPANY, et al.,

                             <u>ORDER</u>

        Defendants.

_____/

        This case came before the court on December 3, 2010, for hearing on plaintiffs' motion for leave to propound more than the 25 interrogatories authorized under Rule 33(a)(1) of the Federal Rules of Civil Procedure. Larry Lockshin, Esq. appeared for plaintiffs. Naisha Covarrubias, Esq. appeared for defendant Union Pacific Railroad Company.

        The parties' Joint Discovery Stipulation Regarding Additional Interrogatories (Doc. No. 120) was considered, along with the parties' arguments at the hearing.

        For the reasons set forth in great detail on the record, IT IS ORDERED that plaintiffs' motion for leave to propound more than 25 interrogatories (Doc. No. 90) is denied.

DATED: December 3, 2010.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\gilmore2180.oah.120310