1  STEPHANIE L. QUINN, ESQ. [SBN: 216655]
2  NAISHA COVARRUBIAS, ESQ. [SBN:239499]
   RANDOLPH CREGGER & CHALFANT, LLP
3  1030 G Street
   Sacramento, CA  95814
4  General:     916.443.4443
   Facsimile:   916.443.2124
5
   Attorneys for Defendant
6  UNION PACIFIC RAILROAD COMPANY

7
                IN THE UNITED STATES DISTRICT COURT
8               IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9
10 JEREMY GILMORE AND DANA         Case No.  2:09-02180-JAM-DAD
   GILMORE,
11
          Plaintiffs               STIPULATION OF THE PARTIES
12                                 TO EXTEND TRIAL DATE AND
      v.                           OTHER DEADLINES AND ORDER
13
                                   (AS MODIFIED BY THE COURT)
14 UNION PACIFIC RAILROAD COMPANY,
   DENNIS MAGURES, JOHN PARKER,
15 CAROLYN M. WILL, ANDREW RIBBING
   and LEO MARIN and DOES 1 to 10,
16 inclusive,

17        Defendants.

18
19        STIPULATION TO EXTEND TRIAL DATE AND OTHER DEADLINES
20        In that the parties need additional time to complete expert discovery and
21 some other limited discovery in this case, and to file dispositive motions, the
22 parties, by and through their attorneys of record, hereby stipulate to extend the
23 date for the trial in this matter and to modify the scheduling order accordingly.
24        The parties will complete discovery by March 1, 2011; and therefore,
25 request the following pre-trial and trial deadlines: May 2, 2011 (file dispositive
26 motions), June 1, 2011at 9:30 a.m. (hear dispositive motions),
27
28

-1-
PDF created with pdfFactory trial version www.pdffactory.com

-2-

June 28, 2011 (file joint pretrial statement), July 6, 2011 at 3:00 p.m. (final pretrial conference), and August 15, 2011 at 9:00 a.m. (trial).

Dated: January 3, 2011          RANDOLPH CREGGER & CHALFANT LLP


By  /s/   Stephanie L. Quinn
    STEPHANIE L. QUINN
    Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

Dated: January 3, 2011          LARRY LOCKSHIN, ESQ.
                                A Law Corporation


By  /s/   Larry Lockshin
    LARRY LOCKSHIN, ESQ.
    Attorneys for Plaintiffs JEREMY and DANA GILMORE

IT IS SO ORDERED:

Dated:  January 3, 2011         /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                U.S. DISTRICT JUDGE

-2-
STIPULATION TO EXTEND TRIAL DATE AND OTHER DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com