STEPHANIE L. QUINN, ESQ. [SBN: 216655]
NAISHA COVARRUBIAS, ESQ. [SBN:239499]
RANDOLPH CREGGER & CHALFANT, LLP
1030 G Street
Sacramento, CA  95814
General:      916.443.4443
Facsimile:   916.443.2124

Attorneys for Defendant
**UNION PACIFIC RAILROAD COMPANY**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILMORE AND DANA GILMORE,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY, DENNIS MAGURES, JOHN PARKER, CAROLYN M. WILL, ANDREW RIBBING and LEO MARIN and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.  2:09-02180-KJM-DAD<br><br>**ORDER GRANTING IN PART UNION PACIFIC RAILROAD COMPANY'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR THE HEARING OF A MOTION TO COMPEL SECOND PHYSICAL EXAMINATION OF PLAINTIFF** |

Good cause appearing, IT IS HEREBY ORDERED that Union Pacific's application (Doc. No. 152) for order shortening time for hearing a motion to compel a second defense physical examination of Plaintiff JEREMY GILMORE is granted in part.  Defendant's Notice of Motion and Motion shall be filed concurrently with the parties' Joint Statement on or before February 4, 2011, for hearing on February 11, 2011, at 10:00 a.m. in Courtroom 27.

**Date: 1/25/2011**

Ddad1\orders.civil\
gilmore2180.ord.shorten.time

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE