IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY GILMORE, et al.,

        Plaintiffs,                No. CIV S-09-2180 KJM DAD

        v.

UNION PACIFIC RAILROAD COMPANY, et al.,

        Defendants.           ORDER

/

        Pending before the court are defendant Union Pacific Railroad Company's ex parte application for an order shortening time for the filing and hearing of a motion to compel deposition and monetary sanctions (Doc. No. 161), and plaintiff's ex parte application for an order shortening time for the filing and hearing of a motion to compel the deposition of custodian of records for Union Pacific Locomotive Facility by subpoena duces tecum.  (Doc. No. 162). Both applications for an order shortening time will be granted.

        In response to these filings, IT IS HEREBY ORDERED THAT:

        1. Both motions will be set for hearing on February 25, 2011, at 10:00 a.m. in Courtroom 27;

        2. Counsel shall confer as required by Local Rule 251(b) and produce a single Joint Statement addressing both motions;

3. The single Joint Statement shall be no longer than ten (10) pages in length with each party allotted no more than five (5) pages each;[1] and

4. The parties' single Joint Statement shall be filed on or before February 24, 2011, at 5 p.m.

DATED: February 23, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\gilmore2180.O

---

[1] No declarations or exhibits are to be included in or filed along with the single Joint Statement unless essential for resolution of a disputed point.