Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:  (916) 649-3777
Facsimile:   (916) 649-3779
Email:        LockshinLawCorp@aol.com

Attorneys for Plaintiffs
JEREMY GILMORE AND DANA GILMORE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILMORE AND DANA GILMORE,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, DENNIS MAGURES, JOHN PARKER, CAROLYN M. WILL, ANDREW RIBBING and LEO MARIN and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:09 CV 2180 KJM DAD<br><br>**Ctrm: 3**<br><br>Judge:  Honorable Kimberly J. Mueller<br><br>**Trial Date: August 15, 2011** |

**ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR THE FILING AND HEARING OF PLAINTIFFS' MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER**

The Court, having received the ex parte application for an order shortening time by the plaintiff Jeremy Gilmore and legal cause appearing therefrom:

IT IS HEREBY ORDERED that

1. Plaintiff's Application for an order shortening time for the hearing of Plaintiff's Motion to Amend the Pretrial Scheduling Order, is granted.  The hearing for the motion to amend the pretrial scheduling order will be heard on March 16, 2011 at 10:00 a.m. in Courtroom 3 of this court.

2. The motion shall be filed no later than March 4, 2011, the opposition of the Union Pacific shall be filed on or before March 9, 2011 and plaintiffs' reply be filed by March 11, 2011.

3. Defendant's application for an order shortening time to file a motion to exclude untimely disclosed witnesses, experts and evidence is granted and the motion will be heard on March 16, 2011 at 10:00 a.m. in Courtroom Three of this Court.  The same briefing schedule will govern the papers in this case.

Dated: March 3, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR THE FILING AND HEARING OF PLAINTIFFS' MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER

1