Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:    (916) 649-3777
Facsimile:    (916) 649-3779
Email:        LockshinLawCorp@aol.com

Attorneys for Plaintiffs
JEREMY GILMORE AND DANA GILMORE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILMORE AND DANA GILMORE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNION PACIFIC RAILROAD COMPANY, DENNIS MAGURES, JOHN PARKER, CAROLYN M. WILL, ANDREW RIBBING and LEO MARIN and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | No. 2:09 CV 2180 KJM DAD<br><br><br>**Ctrm: 27**<br><br>Magistrate Judge:<br>The Honorable Dale A. Drozd<br><br>**Trial Date: August 22, 2011** |

**ORDER ON PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR THE FILING AND HEARING OF PLAINTIFFS' MOTION TO COMPEL THE INSPECTION OF LOCOMOTIVE ENGINE NO. 9643**

---

ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR THE FILING AND HEARING OF PLAINTIFFS' MOTION TO COMPEL THE INSPECTION OF ENGINE NO. 9643

1    The court having received and considered the ex parte application for an order shortening time filed by plaintiffs, IT IS HEREBY ORDERED that:

1. Plaintiffs' March 30, 2011 application for an order shortening time for hearing a motion to compel the inspection of Locomotive Engine No. 9643 (Doc. No. 187) is granted, and plaintiffs' motion to compel shall be noticed for hearing on April 8, 2011, at 10:00 a.m. in Courtroom 27 of this court.

2. Counsel shall confer as required by Local Rule 251(b) and produce a Joint Statement that shall be filed no later than April 6, 2011, at 5:00 p.m., concurrently with plaintiffs' separately filed notice of motion and motion to compel the inspection of Locomotive Engine No. 9643. Plaintiffs' motion shall not exceed two pages in length. The parties' Joint Statement shall not exceed ten (10) pages in length, with each party allotted no more than five (5) pages.[1]

DATED: April 1, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\gilmore2180.ord.short.time.mtc

---

[1] No briefing and no declarations or exhibits are to be included in or filed along with plaintiffs' notice of motion and motion. See Local Rule 251(a). No declarations or exhibits are to be included in or filed along with the parties' Joint Statement unless a party demonstrates in his or her allotted portion of the Joint Statement that a declaration or exhibit is essential for the court's resolution of a disputed point.

---

ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR THE FILING AND HEARING OF PLAINTIFFS' MOTION TO COMPEL THE INSPECTION OF ENGINE NO. 9643

1