STEPHANIE L. QUINN, ESQ. [SBN: 216655]
NAISHA COVARRUBIAS, ESQ. [SBN: 239499]
**MURPHY, CAMPBELL, GUTHRIE & ALLISTON**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826
General:     916-400-2300
Facsimile:   916-400-2311

ADRIAN L. RANDOLPH, ESQ. [SBN: 133577]
**MICHAEL L. JOHNSON, ESQ. [SBN:  88884]**
**BRIAN W. PLUMMER, ESQ. [SBN:  240210]**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA 95747
General:     (916) 789-6400
Direct:      (916) 789-6231
Facsimile:   (916) 789-6227

Attorneys for Defendant
**UNION PACIFIC RAILROAD COMPANY**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILMORE AND DANA GILMORE,<br><br>          Plaintiffs<br><br>     v.<br><br>UNION PACIFIC RAILROAD COMPANY, DENNIS MAGURES, JOHN PARKER, CAROLYN M. WILL, ANDREW RIBBING and LEO MARIN and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.  2:09-02180-KJM-DAD<br><br>**DEFENDANT'S REQUEST FOR PAGE LIMITATION EXTENSION FOR MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION; ORDER THEREON** |

Defendant UNION PACIIC RAILROAD COMPANY ("UNION PACIIC") hereby requests that the Court allow Defendant to file a motion for summary judgment/ summary adjudication in this matter that exceeds the page limitation of twenty

(20) pages, which is set forth in the Court's Amended Pretrial Scheduling Order dated March 18, 2011. There is good cause to allow Defendant to file a supporting memorandum in excess of the page limitation for the following reasons:

     Numerous distinct and complex claims against Defendant Union Pacific remain as follows: Plaintiff JEREMY GILMORE asserts claims under the Federal Employers Liability Act for personal injury; wrongful discharge in violation of California Labor Code § 132(a), 49 U.S.C. § 20109, and the public policy of California; and invasion of privacy. Plaintiff DANA GILMORE asserts claims for wrongful discharge for assertion of constitutional right of privacy; FEHA retaliation for opposing practices and policies that penalized the status of marriage and violated her duties of loyalty and confidentiality to her husband; and invasion of privacy. Each of these claims involves complicated legal and factual issues that Defendant needs to present to the Court by way of summary judgment / summary adjudication motion.

     Given the numerous claims presented by both Plaintiffs Dana and Jeremy Gilmore's complaint and the legal and factual matters at issue in this case, Defendant cannot adequately address the issues to be presented to the Court by way of a summary judgment motion in a memorandum which is limited to twenty (20) pages. Defendant believes that it can adequately address the issues in a memorandum not exceeding thirty (30) pages and hereby requests that the

//
//
//
//
//
//

DEFENDANT'S REQUEST FOR PAGE LIMITATION INCREASE FOR MSJ/MSA; ORDER THERETO

1 | Court grant a page limitation increase, given the circumstances of this case.

Dated: April 21, 2011

MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By  /s/ Naisha Covarrubias
NAISHA COVARRUBIAS
STEPHANIE L. QUINN
Attorneys for Defendant
Union Pacific Railroad Co.

**ORDER**

IT IS SO ORDERED.

Dated: April 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

-3-

DEFENDANT'S REQUEST FOR PAGE LIMITATION INCREASE FOR MSJ/MSA; ORDER THERETO