Larry Lockshin (SBN 61926)
Jennifer Marsh (SBN 2724189)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:   (916) 649-3777
Facsimile:   (916) 649-3779
Email:   LockshinLawCorp@aol.com

Attorneys for Plaintiffs
JEREMY GILMORE AND DANA GILMORE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILMORE AND DANA GILMORE,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, DENNIS MAGURES, JOHN PARKER, CAROLYN M. WILL, ANDREW RIBBING and LEO MARIN and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:09 CV 2180 KJM DAD<br><br>**PLAINTIFFS' REQUEST FOR PAGE LIMITATION EXTENSION FOR OPPOSITION TO UNION PACIFIC'S MOTION FOR SUMMARY JUDGMENT; ORDER THEREON**<br><br>**The Honorable Kimberly J. Mueller**<br><br>**TRIAL DATE: August 15, 2011** |

Plaintiffs' JEREMY and DANA GILMORE hereby request that the Court allow Plaintiffs to file an opposition to Union pacific's motion for summary judgment in this matter that exceeds the page limitation of twenty (20) pages set forth in the Court's Amended Pretrial Scheduling Order dated March 18, 2011.  There is good cause to allow Plaintiffs' to file a supporting memorandum in excess of the page limitation for the following reasons:

Union Pacific has filed a thirty (30) page motion for summary judgment, seeking summary judgment and/or summary adjudication on all of Plaintiffs' existing causes of action:

PLAINTIFFS' REQUEST FOR PAGE LIMITATION EXTENSION FOR OPPOSITION TO UNION PACIFIC'S MOTION FOR SUMMARY JUDGMENT; ORDER THEREON

1

Plaintiff Jeremy Gilmore's claim for personal injury under the Federal Employers Liability Act; Jeremy's claim for wrongful discharge in violation of public policy, as stated in the California Labor Code section 132(a) and pursuant to 49 U.S.C. section 20109; Dana's claim for wrongful termination in violation of public policy, based on her Constitutional right to privacy; Dana's retaliation claim; and Plaintiffs' joint invasion of privacy claim. Plaintiffs are prepared to oppose Union Pacific's arguments, but cannot sufficiently nor adequately do so in only twenty (20) pages.

Given the nature of the claims presented and the arguments set forth in Union Pacific's moving papers, Plaintiffs require more than twenty (20) pages to fully present their opposition in their responsive memorandum. The arguments of Union Pacific raise issues of constitutional dimensions including the separation of powers doctrine and also difficult preclusion/preemption issues. These cannot be adequately addressed within the existing page limitation. Plaintiffs believe they can adequately address all issues raised by Union Pacific in a memorandum of not more than thirty (30) pages. Plaintiffs hereby request that the Court grant an extension of the page limitation to thirty (30) pages, in light of the circumstances of the case and the issues presented by Union Pacific's moving papers.

Dated:      May 20, 2011                    LARRY LOCKSHIN, ESQ.
                                            A Law Corporation


                                            By:    ____/s/ Jennifer Marsh_____
                                                   Jennifer Marsh
                                                   Attorneys for Plaintiffs JEREMY
                                                   GILMORE AND DANA GILMORE


**ORDER**

IT IS SO ORDERED.

Dated: May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE

PLAINTIFFS' REQUEST FOR PAGE LIMITATION EXTENSION FOR OPPOSITION TO UNION PACIFIC'S MOTION FOR SUMMARY JUDGMENT; ORDER THEREON