IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILMORE AND DANA GILMORE,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY, DENNIS MAGURES, JOHN PARKER, CAROLYN M. WILL, ANDREW RIBBING and LEO MARIN and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:09 CV 2180 KJM DAD<br><br>**ORDER** |

Plaintiffs have filed a "Notice of Request To Seal Documents," asking the court to seal Exhibit 58 submitted in opposition to Union Pacific's Motion for Summary Judgment. They have not identified the document as originally filed by ECF document and page number; a quick review of their multiple filings of exhibits, not always in numerical order, has not located the document. See ECF Nos. 211-221.

IT IS THEREFORE ORDERED that within twenty-fours hours of the filing of this order, plaintiffs identify by ECF document and ECF page number the exhibit they ask the court to seal.

DATED: June 6, 2011.

_____
UNITED STATES DISTRICT JUDGE