IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY GILMORE AND DANA GILMORE,

        Plaintiffs,                         No. CIV S-09-2180 KJM DAD

    vs.

UNION PACIFIC RAILROAD COMPANY, et al.,                      ORDER

        Defendants.

/

        The parties may submit letter briefs with additional citations to cases applicable to the mental privacy issue raised in this case no later than Friday, June 10, 2011.

        The parties' joint statement of undisputed facts is due no later than June 17 and their separate statements of disputed facts are due by June 24, 2011.

        In light of the pending motion for summary judgment, the court vacates the dates for the submission of the joint pretrial statement and for final pretrial conference and sets the following dates:   The joint pretrial statement is now due July 20, 2011 and final pretrial conference will be held on July 27, 2011 at 10:00 a.m;  motions in limine are due by August 8, 2011 and will be heard the first day of trial.

        IT IS SO ORDERED.

DATED: June 10, 2011.

                                       UNITED STATES DISTRICT JUDGE