IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY GILMORE AND
DANA GILMORE,

      Plaintiffs,                                Civ. No. S-09-2180 KJM DAD

    vs.

UNION PACIFIC RAILROAD
COMPANY,                                        ORDER

      Defendant.
_____/

        This case was on calendar on August 11, 2011, for a telephonic status conference. Larry Lockshin appeared for plaintiffs; Michael Johnson and Brian Plummer appeared for defendants.

        Based on the discussion with the parties, considering their representations regarding the number and heft of the motions in limine that will be filed, having reviewed the docket of this case, and good cause appearing, the court modifies the schedule as follows:

        1.  The dates currently set for filing, responding to and hearing motions in limine as well as for trial are hereby VACATED.

        2. Hearing on the motions in limine is set for Wednesday, October 12, 2011 at 1:30 p.m.  Motions shall now be filed no later than September 14, 2011; oppositions are due by September 28, 2011; and optional replies are due by October 5, 2011.

1        3. The court will decide whether to bifurcate or trifurcate the trial in conjunction
2  with and following its rulings on the motions in limine.
3        4. The court will reset the trial date after ruling on the motions in limine and
4  resolving the question of bifurcation or trifurcation, and after any further settlement proceedings
5  are exhausted.
6        IT IS SO ORDERED.
7  DATED: August 11, 2011.

                                            UNITED STATES DISTRICT JUDGE