IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY GILMORE AND DANA GILMORE,

              Plaintiffs,              No. CIV S-09-2180 KJM DAD

     vs.

UNION PACIFIC RAILROAD COMPANY, et al.,              ORDER

              Defendants.

_____/

         Upon the parties' stipulation, the hearing on the parties' motions in limine, set for October 12, 2011, is hereby vacated and the court adopts the following schedule of dates by which briefs should be filed:

         Oppositions to the motions in limine -November 14, 2011.

         Replies to the motions in limine–November 14, 2011.

The court also adopts the following schedule of court dates:

         Hearing on the motions in limine–November 30, 2011 at 1:30 p.m.

         Pretrial Hearing date–February 29, 2012 at 11:00 a.m.

         Trial–April 23, 2012 at 9:00 a.m.

         IT IS SO ORDERED.

DATED:  September 29, 2011.

UNITED STATES DISTRICT JUDGE