IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY GILMORE, et al.,

       Plaintiffs,                     No. 2:09-cv-02180-KJM-DAD

      vs.

UNION PACIFIC RAILROAD COMPANY,

       Defendant.                   <u>ORDER TO SHOW CAUSE</u>

                                      /

         On October 29, 2012, the undersigned entered an order denying defendant Union Pacific's ("defendant") "Motion For Enforcement Of Terms Of The Settlement." (Order, Dkt. No. 495.) That order provided, in pertinent part, that "[g]iven that the settlement has funded and that plaintiffs have signed the Settlement Agreement dismissing this case and releasing claims against defendant, defendant is ordered to sign the dismissal documents so that this case may be closed." (<u>Id.</u> at 4.)

         To date, defendant has apparently not complied with the undersigned's order, as this case has not yet been closed. Accordingly, within seven days of entry of this order, defendant is ordered to show cause in writing why to date it has failed to comply with the undersigned's order at Docket Number 495 and why it should not be sanctioned for failing to

1

1 timely comply with that order.¹ In the alternative, if defendant files the requisite dismissal
2 documents and fully complies with the undersigned's order at Docket Number 495 within seven
3 days of entry of this order, such compliance will effectuate the discharge of this order to show
4 cause.

5        IT IS SO ORDERED.

6 DATED: November 15, 2012

                                 _____
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE

---

¹ Eastern District Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

2